Philip J. Trenchak, Esq.
Nevada State Bar No. 9924
Victoria Mullins, Esq.
Nevada State Bar No. 13546
MULLINS & TRENCAK, attorneys at law
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada 89104
Tel: (702) 476-5101
Email: phil@mullinstrenchak.com
Email: victoria@mullinstrenchak.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHY NEFF,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS MANAGEMENT LAS VEGAS LLC, d/b/a THE PLATINUM HOTEL AND SPA, DOE INDIVIDUALS 1 THROUGH 300; AND roe business or governmental entities 1 through 300, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01277<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(Before Judge Hoffman)** |

Plaintiff Cathy Neff ("Plaintiff"), by and through her counsel, Mullins and Trenchak, and Defendant MARCUS MANAGEMENT LAS VEGAS LLC, d/b/a THE PLATINUM HOTEL AND SPA ("Defendant") by and through its counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP., hereby stipulate and agree to reschedule the Early Neutral Evaluation conference ("ENE") currently scheduled for October 17, 2018.

Rescheduling of the ENE is necessary Counsel for Defendant has a pre-planned and unavoidable personal commitment on October 17 which creates a scheduling conflict for that date. Additionally, both parties have been engaged in significant settlement discussions to this point and believe that additional time could cause the matter to resolve without the need for an ENE altogether.

Counsel for the parties have conferred and, if the Court is available, are available for a rescheduled ENE on November 12, 13, 14, 15, and 16. Confidential written statements shall be submitted to chambers no later than seven (7) days before the selected date.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the ENE.

Dated this 9th day of October, 2018.

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.** | **MULLINS & TRENCHAK** |
| /s/ Richard I. Dreitzer | /s/ Philip J. Trenchak |
| Richard I. Dreitzer, Bar No. 6626 | Philip J. Trenchak, Bar No. 9924 |
| Jordan W. Montet, Bar No. 14743 | Victoria Mullins, Bar No. 13546 |
| 300 South Fourth Street | 1212 South Casino Center Blvd. |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* *Cathy Neff* |

The parties' stipulation to reschedule the early neutral evaluation is GRANTED. The court is not available, however, on the dates proposed by the parties. The court therefore will reset the early neutral evaluation for the next available date, which is Thursday, December 27, 2018. Plaintiff must report to Magistrate Judge Hoffman's chambers at 8:30 a.m. Defendant must report to Magistrate Judge Hoffman's chambers at 9:00 a.m. Early neutral evaluation briefs are due by 4:00 p.m. on December 20, 2018. All other provisions of the court's original scheduling order (ECF No. 9) remain in effect. IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 11, 2018