1  Richard I. Dreitzer
   Nevada Bar No. 6626
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
3  Las Vegas, NV 89101
   Tel: 702.727.1400; Fax: 702.727.1401
4  richard.dreitzer@wilsonelser.com
   *Attorneys for Defendant Marcus Management*
5  *d/b/a The Platinum Hotel and Spa*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CATHY M. NEFF, | CASE NO. 2:18-cv-01277 |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDUICE** |
| MARCUS MANAGEMENT LAS VEGAS LLC, d/b/a THE PLATINUM HOTEL AND SPA, DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES, 1 through 300, inclusive, | |
| Defendant. | |

Plaintiff, CATHY M. NEFF (hereinafter, "Plaintiff"), by and through her counsel, Philip J. Trenchak, Esq. of the law firm of MULLINS & TRENCHAK and Defendant MARCUS MANAGEMENT LAS VEGAS LLC, d/b/a THE PLATINUM HOTEL AND SPA (hereinafter "Defendant"), by and through its counsel, Richard I. Dreitzer, Esq., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree as follows:

1. That, in light of a settlement that has been reached between the parties, that this matter be dismissed, **with prejudice**, with each party to bear their own attorney's fees and costs.

///

///

///

1.     2.    That the Early Neutral Evaluation (ENE) presently set for December 27, 2018 at 8:30 a.m. be vacated.

| **MULLINS & TRENCHAK** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
|---|---|
| */s/ Philip J. Trenchak* <br> Philip J. Trenchak, NV Bar No. 9924 <br> Victoria Mullins, Bar No. 13546 <br> 1212 South Casino Center Blvd. <br> Las Vegas, NV 89104 <br> *Attorneys for Plaintiff Cathy Neff* | */s/ Richard I. Dreitzer* <br> Richard I. Dreitzer, NV Bar No. 9666 <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, NV 89101 <br> *Attorneys for Defendant Marcus Management Las Vegas, Inv. d/b/a The Platinum Hotel and Spa* |

**ORDER**

**IT IS SO ORDERED.**

**DATED** this __30__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT